IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER RYAN GEORGE, individually and on behalf of the class of juveniles similarly situated, or who were detained in Harris County, Texas but never served with an information or indictment, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-3235 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of today's date and the court's prior rulings and opinions, this action is dismissed with prejudice. Each party bears its own costs and fees.

This is a final judgment.

SIGNED on July 9, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge